Núm. 9805.—Pueblo, apldo. v. Rivera, aplte.—C. D. Ponce. Infracción art. 288 del Código Penal. Marzo 18, 1943.

(Por la Corte a propuesta del Juez Asociado Sr. Snyder.)

Por cuanto, la acusada fué juzgada y convicta por una infracción al artículo 288 del Código Penal, edición de 1937;

Por cuanto, en apelación la acusada alega (a) que la denuncia no expone hechos constitutivos de delito público alguno, toda vez que imputa conjuntamente la comisión de más de un delito, castigables por el referido Artículo 288, y (b) que la corte inferior cometió error en la apreciación de la prueba;

Por cuanto, el alegado defecto en la denuncia, aún si existiera, es una cuestión de forma, que no puede levantarse aquí por primera vez en apelación (Pueblo v. Díaz, 35 D.P.R. 634; Pueblo v. Rodríguez, 43 D.P.R. 133);

Por cuanto, examinado el récord cuidadosamente somos de opinión que no ha habido error y que la prueba practicada es suficiente para justificar la sentencia impuesta a la acusada.

Por tanto, se declara el recurso sin lugar y se confirma la sentencia apelada.